# United States Bankruptcy Court
## District of Delaware

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Avadamma LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>See Attachment | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>26-4424775; 26-4424800; 26-4424810; 26-4424829 | Last four digits of Soc. Sec.or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>1213 Butterfield Road<br>Downers Grove, IL<br>ZIP CODE **60515** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>DuPage | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>Real estate located in Downers Grove, Illinois, Villa Park, Illinois, and Chicago, Illinois | ZIP CODE |

### Type of Debtor (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors** (Consolidated with affiliates)

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets** (Consolidated with affiliates)

| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0- to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities** (Consolidated with affiliates)

| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0- to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Avadamma LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: See Attachment | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X _____ <br> Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Avadamma LLC** |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X */s/ [signature]*<br>Signature of Attorney for Debtor(s)<br>**Jeffrey M. Schlerf**<br>Printed Name of Attorney for Debtor(s)<br>**Fox Rothschild LLP**<br>Firm Name<br>**Citizens Bank Center, Suite 1600**<br>**919 North Market Street**<br>**Wilmington, Delaware 19801**<br>Address<br>**302.654.7444**<br>Telephone Number<br>**August 14, 2011**<br>Date<br><br>* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19B is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br>**Arun Veluchamy**<br>Printed Name of Authorized Individual<br>**Member**<br>Title of Authorized Individual<br>**August 14, 2011**<br>Date | _____<br>Address<br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form of each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| B 1 (Official Form 1) (4/10) | Page 3 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Avadamma LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

_____
Signature of Attorney for Debtor(s)
**Jeffrey M. Schlerf**
Printed Name of Attorney for Debtor(s)
**Fox Rothschild LLP**
Firm Name
**Citizens Bank Center, Suite 1600**
**919 North Market Street**
**Wilmington, Delaware 19801**
Address
**302.654.7444**
Telephone Number
**August 14, 2011**
Date

\* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]*
Signature of Authorized Individual

**Arun Veluchamy**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

**August 14, 2011**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form of each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

In re _____Avadamma LLC_____, Case No. _____
　　　　　　　　　　　Debtor

# FORM 1. VOLUNTARY PETITION

## Other Names Attachment

All Other Names used by Debtor in the last 8 years:

1. DBA    Avadamma LLC University Plaza
2. DBA    Avadamma LLC Meadowbrook Plaza
3. DBA    Avadamma LLC 500 N. LaSalle
4. DBA    Avadamma LLC North Park Mall

In re _____Avadamma LLC_____, Case No. _____
                      Debtor

# FORM 1. VOLUNTARY PETITION

## Pending Bankruptcy Cases Filed by any Spouse, Partner, or Affiliate of this Debtor:

On the date hereof, each of the affiliated entities listed below, including the Debtor in this chapter 11 case, filed a voluntary petition for relief under chapter 11 of title of the United States Code in the United States Bankruptcy Court for the District of Delaware.

| Name of Debtor | Case No. / Relationship |
| --- | --- |
| Qualteq, Inc., d/b/a VCT New Jersey, Inc. | Affiliate |
| 1400 Centre Circle, LLC | Affiliate |
| 5200 Thatcher, LLC | Affiliate |
| 5300 Katrine, LLC | Affiliate |
| Automated Presort, Inc. | Affiliate |
| Creative Automation Company | Affiliate |
| Creative Investments, a General Partnership | Affiliate |
| Fulfillment Xcellence, Inc. | Affiliate |
| Global Card Services, Inc. | Affiliate |
| Unique Data Services, Inc. | Affiliate |
| Unique Embossing Services, Inc. | Affiliate |
| Unique Mailing Services, Inc. | Affiliate |
| University Subscription Service, Inc. | Affiliate |
| Versatile Card Technology, Inc. | Affiliate |
| Veluchamy LLC | Affiliate |
| Vmark, Inc. | Affiliate |

# RESOLUTIONS OF THE MEMBERS OF AVADAMMA LLC
## (an Illinois LLC)

**Effective as of August 14, 2011**

The undersigned, being all of the members (the "*Members*") of Avadama LLC, an Illinois limited liability company (the "*Company*"), hereby consent in writing to the following resolutions:

WHEREAS, the Members considered the financial and operational aspects of the Company's business and the recommendations of the Company's professionals and advisors, and adopt the following resolutions by unanimous written consent;

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of the Members, it is desirable and in the best interests of the Company, its creditors, stockholders, and other interested parties to file a petition (the "*Petition*") seeking relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*") in the United States Bankruptcy Court in the district as determined to be appropriate by the Authorized Officers (as defined herein) upon the advice of counsel (the "*Bankruptcy Court*");

RESOLVED FURTHER, that the Petition is adopted in all respects. Parameswari Veluchamy, Arun Veluchamy, Anu Veluchamy, and Dan Scouler (collectively, the "*Authorized Officers*") are hereby authorized and directed, on behalf of the Company, to execute the Petition or authorize the execution of a filing of the Petition by the Company and to cause the same to be filed with the Bankruptcy Court at such time as the Authorized Officers consider it appropriate. Any and all officers of the Company previously appointed or named, other than the Authorized Officers, are hereby removed and from this date forward the Authorized Officers shall be the only persons permitted to act on behalf of the Company;

RESOLVED FURTHER, the Authorized Officers, acting alone or with one or more other Authorized Officers be, and they hereby are, authorized to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

RESOLVED FURTHER, that the Authorized Officers shall be, and each of them hereby is, authorized, directed, and empowered on behalf of and in the name of the Company to execute, verify, and cause to be filed such requests for first-day relief from the Bankruptcy Court as the Authorized Officers may deem necessary, proper, or desirable in connection with the Petition, with a view to successful prosecution thereunder;

RESOLVED FURTHER, that the law firm of K&L Gates LLP shall be, and hereby is, employed as general bankruptcy counsel for the Company in the Company's chapter 11 case;

RESOLVED FURTHER, that the Authorized Officers shall be, and each of them hereby is, authorized, directed, and empowered on behalf of and in the name of the Company, and upon advice of counsel, to employ local bankruptcy counsel for the Company in the Company's chapter 11 case, if necessary;

RESOLVED FURTHER, that the firm of Scouler & Company shall be, and hereby is, employed as restructuring advisor for the Company in the Company's chapter 11 case;

RESOLVED FURTHER, that the Authorized Officers shall be, and each of them hereby is, authorized, directed, and empowered on behalf of and in the name of the Company, and upon advice of counsel, to employ a notice, claims, and balloting agent for the Company in the Company's chapter 11 case, if necessary;

RESOLVED FURTHER, that the Authorized Officers be, and they hereby are, authorized and empowered on behalf of, and in the name of, the Company to retain and to employ other attorneys, investment bankers, accountants, restructuring professionals, financial advisors, and other professionals to assist in the Company's chapter 11 case on such terms as are deemed necessary, proper, or desirable by such Authorized Officers;

RESOLVED FURTHER, that the Authorized Officers, and any employees or agents (including counsel) designated by or directed by such Authorized Officers, shall be, and each hereby is, authorized and empowered to cause the Company and such of its affiliates as management deems appropriate to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of such Authorized Officer shall be necessary, proper, and desirable to prosecute to a successful completion of the Company's chapter 11 case, to effectuate the restructuring of the Company's debt, other obligations, organizational form and structure, and ownership of the Company and its subsidiaries consistent with the foregoing resolutions, and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions;

## General Authorization

RESOLVED FURTHER, that the Authorized Officers of the Company be, and each of them acting alone hereby is, authorized and empowered on behalf of the Company and in its name to take or cause to be taken all actions and to execute and deliver all such instruments that the Authorized Officers of the Company, or any one or more of them, approve as necessary or desirable in connection with the foregoing resolutions, such approval to be conclusively evidenced by the taking of any such action or the execution and delivery of any such instrument by an Authorized Officer of the Company;

RESOLVED FURTHER, that any specific resolutions that may be required to have been adopted by the Board in connection with the actions contemplated by the foregoing resolutions be, and they hereby are, adopted, and the Authorized Officers of the Company are, and each of them acting alone hereby is, authorized to certify as to the adoption of any and all such resolutions and attach such resolutions hereto;

RESOLVED FURTHER, that all actions heretofore taken by any Authorized Officer or director of the Company in connection with or otherwise in contemplation of the transactions contemplated by any of the foregoing resolutions be, and they hereby are, ratified, confirmed, and approved; and

RESOLVED FURTHER, that this consent may be executed in several counterparts, each of which shall be deemed an original, but which together shall constitute one and the same instrument.

**[Signature Page Follows]**

IN WITNESS WHEREOF, the undersigned, constituting all of the members of the Company, have executed this Action by Unanimous Written Consent as of the date first written above.

_____
Pethinaidu Veluchamy

_____
Parameswari Veluchamy

_____
Arun Veluchamy

_____
Anu Veluchamy

_____
Arun Veluchamy, on behalf of the Veluchamy 2009 Dynasty Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| QUALTEQ, INC., | ) Case No. 11-_____ (___) |
| d/b/a VCT NEW JERSEY, INC., *et al.*,[1] | ) Joint Administration Requested |
| Debtors. | ) |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

The following is a consolidated list of creditors holding the 30 largest unsecured claims against the above-captioned debtors and debtors in possession (collectively, the "*Debtors*") that have simultaneously commenced chapter 11 cases in this Court. This list has been prepared on a consolidated basis from the unaudited books and records of the Debtors. The list reflects amounts from the Debtors' books and records as of July 31, 2011.

The list is prepared in accordance with Fed. R. Bank. P. 1007(d) for filing in the Debtors' chapter 11 cases. This list does not include (1) persons who come within the definitions of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the largest unsecured claims.

The information herein shall not constitute an admission of liability by, nor is it binding on, any Debtor. Moreover, nothing herein shall affect any Debtors' right to challenge the amount or characterization of any claim at a later date.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (ii) 1400 Centre Circle, LLC (7091); (iii) 5200 Thatcher, LLC (6991); (iv) 5300 Katrine, LLC (6016); (v) Automated Presort, Inc. (0850); (vi) Avadamma LLC (4775; 4800; 4810; 4829); (vii) Creative Automation Company (4350); (viii) Creative Investments, a General Partnership (5992); (ix) Fulfillment Xcellence, Inc. (3461); (x) Global Card Services, Inc. (4581); (xi) Unique Data Services, Inc. (1068); (xii) Unique Embossing Services, Inc. (1043); (xiii) Unique Mailing Services, Inc. (2594); (xiv) University Subscription Service, Inc. (3669); (xv) Versatile Card Technology, Inc. (5258); (xvi) Veluchamy LLC (3434); and (xvii) Vmark, Inc. (5904).

| Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|
| Plami S.A. De C.V.<br>Calzada de la Naranja No. 167 2do Piso<br>Fracc. Industrial Alce Blanco<br>Naucalpan, Estado de Mexico 53370<br>Mexico | Trade Debt | | $1,209,393.43 |
| Quad Graphics<br>N 63 W 23075 Main Street<br>Sussex, WI 53089 | Trade Debt | | $904,842.52 |
| Klockner Pentaplast<br>Receivables Funding LLC<br>Dept. 31901<br>P.O. Box 67000<br>Detroit, MI 48267-0319 | Trade Debt | | $449,345.83 |
| CFC International<br>500 State Street<br>Chicago Heights, IL 60411 | Trade Debt | | $332,189.29 |
| XPEDX<br>3568 Solutions Center<br>Chicago, IL 60677-3005 | Trade Debt | | $313,799.95 |
| Plami S.A. De C.V.<br>Calzada de la Naranja No. 167 2do Piso<br>Fracc. Industrial Alce Blanco<br>Naucalpan, Estado de Mexico 53370<br>Mexico | Trade Debt | | $245,673.87 |
| Multos Int'l Pte.<br>1 Phillip Street #03-01<br>Singapore, SG 48692 | Trade Debt | | $238,333.59 |
| Superior Staffing<br>3511 Lake Street<br>Melrose Park, IL 60160 | Professional Services | | $198,158.44 |
| Bradner Smith & Co.<br>2300 Arthur Avenue<br>Elk Grove Village, IL 60007 | Trade Debt | | $161,684.10 |
| Kurz Transfer Products<br>3200 Woodpark Blvd.<br>Charlotte, NC 28206 | Trade Debt | | $157,288.30 |
| Bell & Howell<br>7049 Solution Center<br>Chicago, IL 60677 | Trade Debt | | $150,546.94 |

B 1 (Official Form 1) (4/10)

| Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|
| Kurz Transfer Products<br>3200 Woodpark Blvd.<br>Charlotte, NC 28206 | Trade Debt | | $135,718.47 |
| Klockner Pentaplast<br>P.O. Box 79709<br>Baltimore, MD 21279-0709 | Trade Debt | | $133,868.54 |
| Dreamworks Graphic Communications Inc.<br>5555 Howard St.<br>Skokie, IL 60077 | Trade Debt | | $129,305.50 |
| RR Donnelley Receivables Inc.<br>P.O. Box 730440<br>Dallas, TX 75373-0440 | Trade Debt | | $114,193.50 |
| Mail Automation<br>28121 Scippo Creek<br>Circleville, OH 43113 | Trade Debt | | $90,000.00 |
| JDSU Uniphase Corporation<br>Bank of America, File # 005793, 5793, Collections Center Dr.<br>Chicago, IL 60693 | Trade Debt | | $87,883.42 |
| Datacard Corp.<br>36134 Treasury Center<br>Chicago, IL 60694-6400 | Trade Debt | | $81,155.59 |
| Protec<br>P.O. Box 795<br>Rumson, NJ 07760 | Trade Debt | | $77,532.53 |
| Gans Ink and Supply Co.<br>1441 Boyd St.<br>Los Angeles, CA 90033 | Trade Debt | | $77,328.64 |
| Midamerican Energy Company<br>P.O. Box 4350<br>Davenport, IA 52808-4350 | Trade Debt | | $74,845.82 |
| Spartech Plastics Inc.<br>120 South Central Ave., Suite 1700<br>Clayton, MO 63105 | Trade Debt | | $71,313.60 |
| Advance Mailing Service<br>1130 Carolina Drive, Unit A<br>West Chicago, IL 60185-0707 | Trade Debt | | $68,336.81 |

| Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|
| Lake County Press Inc.<br>98 Noll St.<br>P.O. Box 9209<br>Waukegan, IL 60079 | Trade Debt | | $64,306.02 |
| Silone HK Limited<br>Unit 150 1B, 15/F<br>Ginza Squar, 565-567 Nathan RD<br>Mongkok, Hong Kong | Trade Debt | | $63,979.01 |
| CFC International<br>4032 Payshere Circle<br>Chicago, IL 60674-4032 | Trade Debt | | $58,734.45 |
| Jet Litho, Inc.<br>1500 Centre Circle<br>Downers Grove, IL 60515 | Trade Debt | | $58,713.00 |
| Apollo Colours North America<br>2600 John Street, Unit 124<br>Markham, Ontario L3R 3W3 | Trade Debt | | $55,188.55 |
| Waytek Corp.<br>400 Shotwell Drive<br>Franklin, OH 45005 | Trade Debt | | $50,635.52 |
| R.R. Donnelley<br>P.O. Box 730440<br>Dallas, TX 75373-0440 | Trade Debt | | $39,089.91 |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF LLC CONCERNING CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

Pursuant to 28 U.S.C. § 1746, I, Arun Veluchamy, a duly qualified Member, declare under penalty of perjury that I have reviewed the Consolidated List of Creditors Holding 30 Largest Unsecured Claims and that it is true and correct to the best of my knowledge, information, and belief.

Dated: August 14, 2011

Arun Veluchamy
Member

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AVADAMMA LLC, | ) | Case No. 11-_____ (___) |
| | ) | |
| Debtor. | ) | Joint Administration Pending |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(3) and 7007.1, the following is a list of the Debtor's equity security holders that directly or indirectly own 10% or more of any class of the Debtor's equity interests:

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| Veluchamy 2009 Dynasty Trust | 1213 Butterfield Road Downers Grove, IL 60515 | 49 percent |
| Arun Veluchamy | 1213 Butterfield Road Downers Grove, IL 60515 | 22.45 percent |
| Anu Veluchamy | 1213 Butterfield Road Downers Grove, IL 60515 | 22.45 percent |
| Pethinaidu Veluchamy | 1213 Butterfield Road Downers Grove, IL 60515 | 5.1 percent |
| Parameswari Veluchamy | 1213 Butterfield Road Downers Grove, IL 60515 | 1 percent |

## DECLARATION UNDER PENALTY OF PERJURY

I, Arun Veluchamy, the undersigned authorized officer of Avadamma LLC, named as the Debtor in this case, declare under penalty of perjury that I have read the foregoing list of equity security holders and that it is true and correct to the best of my information and belief.

Dated: August 14, 2011

Arun Veluchamy
Member

B 1 (Official Form 1) (4/10)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| AVADAMMA LLC, | ) Case No. 11-_____ (___) |
| Debtor. | ) Joint Administration Pending |

## LIST OF CREDITORS

The Debtor and its debtor affiliates set forth as an attachment to the petition (collectively, the "*Debtors*") each filed a petition in this Court on August 14, 2011 for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their respective petitions, each of the Debtors filed a list of creditors. Due to the voluminous nature of the Debtors' creditor list, it is being submitted to the Court electronically.

[information provided in electronic format]

## DECLARATION UNDER PENALTY OF PERJURY

I, Arun Veluchamy, the undersigned authorized officer of Avadamma LLC, named as the Debtor in this case, declare under penalty of perjury that I have reviewed the creditor list submitted herewith and that it is true and correct to the best of my information and belief.

Dated: August 14, 2011

Arun Veluchamy
Member